**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7870**

_____

DAVID WILLIS,

            Petitioner – Appellant,

        v.

UNITED STATES OF AMERICA,

            Respondent – Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:08-cv-00517-RJC)

_____

Submitted: February 18, 2010        Decided: February 25, 2010

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Willis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Willis, a federal prisoner, appeals the district court's orders denying his Fed. R. Civ. P. 60(b) motion and dismissing his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Willis v. United States, No. 3:08-cv-00517-RJC (W.D.N.C. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED